■ In the Matter of CHEF ITALIA, INC., et al., Respondents, v JAMES J. CILENTE et al., Doing Business as COCO'S OF ROME, Appellants. — Motion, pursuant to CPLR 5701 (subd [c]) for permission to appeal to this court from the judgment of Special Term entered May 4, 1984 in Broome County, from the order of Special Term entered May 2, 1984 in Broome County, and from the order of Special Term entered September 28, 1984 in Broome County denied as unnecessary, without costs.

Motion for stay pending appeal denied, without costs. Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.